July 2, 2015

Bruce Egrim Joseph
TDCJ-ID #1411430
Neal Unit 9055 Spur 591
Amarillo, TX 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
OF TRAVIS COUNTY, TEXAS

RE: C.C.A. Case No. 01-14-00737-CR
Tr. Ct. No. 05-DCR-043408-A
PD 0874-15

Dear Clerk:

I am writing to you Concerning Appellant's Pro Se Petition for Discretionary Review: How was it Review without the Records from the Court of Appeals? Appellant never received any Notice or mandate from the Court of Appeals, that the Appellant's records has been forward to you "Court of Criminal Appeals on /or about this ____ day of ____ 2015. and has it were, Appellant receive no Notice! from the Clerk of the Court of Appeals "Christopher A. Prine.

Appellant received a white Card from the Official Notice from Court of Criminal Appeals of Texas on the 30th day of June 2015. The White Card Stated that Appellant's Pro Se Petition for Discretionary Review, has been Refused on this 24th day of June 2015. Why "the Appellant pursuant to Tx. R. App. Proc. Rule 67.1, 68.7; 68.8.

Appellant gave Notice to the Clerk of Court of Appeals, First Dist, asking has his records been forward to the Court of Criminal Appeals? and if so to please indicate the date and time, and to Contract me at the above listed address, That the above Styled Cause has been filed with this Court of Criminal Appeals, Travis County, TX.

This Unit Mail Room keeps a lodge book on all inmate's legal mail - outgoing /or incoming.

Thank you for your time, I look forward /I would appreciate hearing from you.

Respectfully Submitted
Bruce Egrim Joseph

CC